UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEATRICE CONTRERAS a/n/f S.C. § | | CIVIL ACTION |
|    Plaintiffs § | | |
| § | | |
| VS. § | | NO. 4:21-cv-924 |
| § | | |
| WALMART STORES TEXAS, L.L.C. § | | |
|    Defendant § | | JURY |

## **NOTICE OF REMOVAL**

TO THE UNITED STATES DISTRICT COURT:

Defendant WALMART STORES TEXAS, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 *et seq.*, provides notice of removal of this action styled *Beatrice Contreras a/n/f S.C. vs. Walmart Stores Texas, LLC*; Cause No. 1164212, currently pending in the County Court at Law No. 2 of Harris County, Texas, and in support thereof, respectfully shows this Court as follows:

    1.    Plaintiff, Beatrice Contreras a/n/f of S.C., filed her Original Petition on January 22, 2021, claiming damages due to a piece of metal which allegedly pierced S.C.'s left ankle. Plaintiff served Defendant with the citation on February 22, 2021; therefore, this notice is timely under 28 U.S.C. § 1446(b).

    2.    Pursuant to 28 U.S.C. §1446 and the Local Rules of the United States District Court for the Southern District of Texas, attached are the following:

    a.    All executed process in the case (Exhibit A);

    b.    Pleadings asserting causes of action and all answers to such pleadings (Exhibit B);

    c.    All orders signed by the state judge (Exhibit C);

    d.    An index of matters being filed (Exhibit D);

    e.    The docket sheet (Exhibit E);

      f.    A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit F).

These documents represent all that are presently available as required.

      3.    The District Courts of the United States have original jurisdiction over this action by reason of diversity of citizenship between the parties. 28 U.S.C. §1332.  Plaintiff's Original Petition states that Plaintiff resides in Harris County, Texas.  Defendant, WALMART STORES TEXAS, LLC, is a corporation incorporated under the laws of the State of Delaware with it is principle place of business in Bentonville, Arkansas, and thus is a citizen of the States of Delaware and Arkansas.  Walmart Stores Texas, LLC is not now, nor was it at the time this action was commenced, a citizen of the State of Texas. Walmart, Inc., the parent company of Walmart Texas Stores, LLC, is incorporated in Delaware, with its principle place of business in Bentonville, Arkansas.   The sole member of Walmart Stores Texas, LLC, is Walmart Real Estate Business Trust, a Delaware business trust with its principal place of business in Arkansas. The sole unit holder of Walmart Real Estate Business Trust is Walmart Property Co., a Delaware company with its principal place of business in Arkansas, which is a wholly owned subsidiary of Walmart Stores East, LP. Walmart Stores East, LP. is a Delaware limited partnership with its principal place of business in Arkansas, of which WSE Management, LLC is the general partner, and WSE Investment, LLC, is the limited partner. WSE Management, LLC and WSE Investment, LLC are both Delaware limited liability companies with their principal places of business in Arkansas. The sole member of WSE Management, LLC, and WSE Investment, LLC, is Walmart Stores East, LLC (f/k/a Walmart Stores East, Inc.), a Delaware limited liability company with its principal place of business in Arkansas, whose parent company is Walmart, Inc.

      4.    Plaintiff's Original Petition in the state court seeks damages over $250,000, and thus the alleged amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

5.	Removal of this cause of action is proper under 28 U.S.C. §1441.  It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. §1332, since the Plaintiff and the Defendant are diverse in citizenship.

6.	As required by 28 U.S.C. §1441, the County Court at Law No. 2 of Harris County, Texas, falls within the geographical purview of this Court, and thus, venue is proper in the United Stated District Court of the Southern District of Texas, Houston Division.

7.	Written notice of the filing of this Notice of Removal is being promptly given to Plaintiffs and a notice of Filing of Notice of Removal is promptly being filed with the County Court at Law No. 2 in Harris County, Texas, as required by 28 U.S.C. §1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendant, WALMART STORES TEXAS, LLC, prays that the state action now pending in County Court at Law No. 2 in Harris County, Texas, be removed to this Court, and for any further relief to which Defendant is justly entitled.

Respectfully submitted,

MEHAFFY WEBER, P.C.

/s/ Karen L. Spivey
KAREN L. SPIVEY
KarenSpivey@mehaffyweber.com
State Bar No. 18955100
ATTORNEY IN CHARGE FOR DEFENDANT,
WALMART STORES TEXAS, LLC
GORDON R. PATE
GordonPate@mehaffyweber.com
State Bar No. 15563000
P.O. Box 16
Beaumont, TX 77704-0016
2615 Calder Avenue, Suite 800
Beaumont, TX 77702
Ph:	409-835-5011
Fx:	409-835-5177

CERTIFICATE OF SERVICE

     In addition to e-filing, this is to certify that a true and correct copy of the above and foregoing instrument has been forwarded by certified mail, return to receipt requested, to all counsel of record on this the 22nd day of March, 2021, pursuant to the Rules of Civil Procedure.

Mr. Alan Kolodny  
SBN: 24056882  
akolodny@fko-law.com  
Mr. Rashon Murrill  
SBN: 24110622  
rmurrill@fko-law.com  
KOLODNY LAW FIRM, PLLC  
1011 Augusta Dr., Suite 111  
Houston TX 77057  
Ph:    713-532-4474  
Fx:  713-785-0597  

                                             */s/ Karen L. Spivey*  
                                             KAREN L. SPIVEY