

# OFFICE OF TENESHIA HUDSPETH
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

Docket Number: 1164212
Receipt Number:   Date:   Sheriff/Constable Fee: $

BEATRICE CONTRERAS, ET AL
**Plaintiff**
VS.
WAL-MART, STORES TEXAS, LLC
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline #517
Houston, Tx 77002

## THE STATE OF TEXAS
## ORIGINAL PETITION CITATION

To:   WAL-MART, STORES TEXAS, LLC
C/O REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN ST SUITE 900
DALLAS, TEXAS  75201

Attached is a copy of petition.
This instrument was filed on the **22nd day of January, 2021**, in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 25th day of January, 2021

(Seal)

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas 77002

*Barbara Prashaw*
Barbara Prashaw
Deputy County Clerk

Requested By:   ALAN ROBERT KOLODNY
FORREST KOLODNY & ONEILL
1011 AUGUSTA DRIVE SUITE 111
HOUSTON TX  77057

DELIVERED THIS ____ DAY OF FEBRUARY 2021
BY _____
PROCESS SERVER

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016)     WWW.CCLERK.HCTX.NET     Page 1 of 1

Exhibit A

**OFFICER'S RETURN**

Came to hand on _____, at _____ o'clock ___.M. and executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

the diligence used in finding said Defendant, being _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said Defendant, being: _____

_____(Sheriff)
(Authorized Person)                                                                                    (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

                                        By _____, Deputy
(Notary Public)

---

**RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT**

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,
a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____
_____, at _____ o'clock A.M./P.M., and executed by delivering to defendant, _____, in person, at _____
in _____, County _____, State of
_____, on _____, at _____ o'clock
A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____.

_____(Sheriff)
                                                                                    (Constable)
_____, County,

                               State of _____

                                        By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)

Exhibit A



# Service of Process Transmittal
02/22/2021
CT Log Number 539090702

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Contreras Beatrice, etc., Pltf. vs. Wal-Mart Stores Texas, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition |
| **COURT/AGENCY:** | County Civil Court at Law No. 2 Denton County, TX<br>Case # 1164212 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 04/24/2020 - Walmart Store Located at 111 Yale Street, Houston, TX, 77007 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/22/2021 at 03:48 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Alan Kolodny<br>Kolodny Law Firm, PLLC<br>1011 Augusta Dr., Suite 111<br>Houston, TX 77057<br>712-532-4474 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/23/2021, Expected Purge Date: 02/28/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / PK

Exhibit A

Case 4:21-cv-00924   Document 1-2   Filed on 03/22/21 in TXSD   Page 4 of 5



**Service of Process Transmittal**
02/22/2021
CT Log Number 539090702

**TO:** Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / PK

Exhibit A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Feb 22, 2021

**Server Name:** Mauricio Segovia

| Entity Served | WAL-MART STORES TEXAS, LLC |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 1164212 |
| Jurisdiction | TX |



Exhibit A